SKINNER LAW GROUP
WILL S. SKINNER | SBN 206031
  *skinner@skinnerlawgroup.com*
ERIK D. SLECHTA | SBN 204516
  *slechta@skinnerlawgroup.com*
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
818.710.7700 *telephone*
818.710.7701 *fax*

Attorneys for Plaintiff
LEONARD BAROZZINI

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BAROZZINI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>QUEENSCARE HEALTH CENTERS, 403(B) THRIFT PLAN FOR EMPLOYEES OF QUEENSCARE HEALTH CENTERS, BARBARA HINES, LIZ HOANG, MANUEL ROMERO, SHIRLEY DANIELS, JORGE BLANCO, DAVID WALSH, WILLY RUIZ, ARCHBISHOP VATCHE HOVSEPIAN, FRANK REY DE PAREA, MARY RAMOS, JAY GUERENA, ALLAN MICHELENA, MARGARITA DUARTE TUCKER, SR. MARTHA VEGA, SR. JUDY MURPHY, and RAY VERNOY,<br><br>                    Defendants. | CASE NO. 2:14-cv-06998 RGK (Ex)<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)** |

ORDER OF DISMISSAL PURSUANT TO FRCP 41(A) - 1

1  In accordance with the Stipulation entered into by and between
2  LEONARD BAROZZINI ("Plaintiff") and QUEENSCARE HEALTH
3  CENTERS, 403(B) THRIFT PLAN FOR EMPLOYEES OF QUEENSCARE
4  HEALTH CENTERS, BARBARA HINES, LIZ HOANG, MANUEL
5  ROMERO, SHIRLEY DANIELS, JORGE BLANCO, DAVID WALSH,
6  WILLY RUIZ, ARCHBISHOP VATCHE HOVSEPIAN, FRANK REY DE
7  PEREA (erroneously sued as FRANK REY DE PAREA), MARY RAMOS, JAY
8  GUERENA, ALLAN MICHELENA, MARGARITA DUARTE TUCKER, SR.
9  MARTHA VEGA, SR. JUDY MURPHY, and RAY VERNOY (deceased)
10 (collectively "Defendants"):

11 IT IS SO ORDERED that this matter is hereby dismissed with prejudice as
12 to all Defendants with each party to bear their own attorneys fees, costs and
13 expenses and that this Court, Magistrate Judge Charles F. Eick of the United
14 States District Court for the Central District of California or his successor,
15 hereby retains jurisdiction over Plaintiff and Defendants, personally, for purposes
16 of enforcing the terms of the agreed upon confidential settlement.

18 DATED: June 22, 2015

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Court Judge
Central District of California

ORDER OF DISMISSAL PURSUANT TO FRCP 41(A) - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

ORDER OF DISMISSAL PURSUANT TO FRCP 41(A) - 3